UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10378-GAO |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(4)(B) |
| | ) | Possession of Child Pornography |
| ROSS ELLIOTT | ) | |

## INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury charges that on or about December 22, 2003, in Somerville, within the District of Massachusetts,

ROSS ELLIOTT

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct; that is: ROSS ELLIOTT knowingly possessed a computer that contained numerous files which contained numerous images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), such as:

pedo Bro Sis 4 (1).jpg
Pedo_017.jpg
Pedo Pedofilia Kids Child Porn 085.jpg
Pedo Pedofilia Kids Child Porn 024.jpg
PEDO 11_yr09.jpg
pedo child ass~illegal.jpg
pedo 13 yr old teen fucking men (HOT PICTURE) (1) (1) (2) (3).jpg
2 Child Pedo Lolita Kid Have Sex Porno With A Man4.jpg
Pedo-fuck (1).jpg
Pedo handjob.jpg

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

## NOTICE OF ADDITIONAL FACTORS

**COUNT ONE:**

The Grand Jury further finds with respect to Count One that:

1. The material involved a prepubescent minor and a minor under the age of twelve years, as described in U.S.S.G. § 2G2.4(b)(1) (November 5, 2003 Manual).
2. Defendant's possession of the materials resulted from Defendant's use of a computer, as described in U.S.S.G. § 2G2.4(b)(3) (November 5, 2003 Manual).
3. The offense involved possessing at least ten images, but fewer than 150, as described in U.S.S.G. § 2G2.4(b)(5)(A) (November 5, 2003 Manual).

2

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. § 2253(a) -- Criminal Forfeiture

      1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

      2. Upon conviction on Count One hereof, the defendant ROSS ELLIOTT shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including: one Gateway 960, Serial Number 0029045782.

      All in violation of Title 18, United States Code, Section 2253(a)(3).

*[signature: Irene Burke]*
**FOREPERSON OF THE GRAND JURY**

*[signature: Dena Sacco]*
**ASSISTANT U.S. ATTORNEY**

DISTRICT OF MASSACHUSETTS; December 15, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
**DEPUTY CLERK** @ 2:55 PM
12/15/04

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

Place of Offense: Somerville    Category No. II    Investigating Agency FBI

City  Somerville    Related Case Information:

County  Middlesex    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  03-M261-JLA
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Ross Elliott    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  85 Merriam Street, Apartment 3, Somerville, MA

Birth date (Year only): 1957  SSN (last 4 #): 8561  Sex m  Race: _____  Nationality: U.S.

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Dena T. Sacco and Ann Taylor    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  one

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 15, 2004    Signature of AUSA: _Dena Sacco_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Ross Elliott _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 2252(a)(4)(B) | possession of child pornography | _____ |
| Set 2   _____ | _____ | _____ |
| Set 3   _____ | _____ | _____ |
| Set 4   _____ | _____ | _____ |
| Set 5   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

ADDITIONAL INFORMATION: