AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

ROSS ELLIOTT

# WARRANT FOR ARREST

CASE NUMBER: *04-10378-GAO*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯⎯⎯⎯⎯⎯ ROSS ELLIOTT ⎯⎯⎯⎯⎯⎯
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowing transportation of child pronography and knowing possession t of child pornography

in violation of
Title ⎯⎯⎯ 18 ⎯⎯⎯ United States Code, Section(s) ⎯ 2252(a)(4)(B) ⎯

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse , - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ by ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ⎯⎯⎯⎯⎯⎯ |

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.