SCANNED
DATE: 3-7-05
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR -4  P 4: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10378-GAO |
| | ) | |
| ROSS ELLIOTT | ) | |
| | ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by Assistant U.S. Attorney Ann Taylor, and the defendant Ross Elliott, by counsel John Palmer, Esq., jointly move pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(2) that the fifty-two (52) day period of time commencing on December 20, 2004, the date of the defendant's arraignment, through February 9, 2005, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reason therefore, the parties represent that during that period of time the parties were developing their discovery plans and producing discovery under the automatic discovery process. The parties also jointly move pursuant to § 3161(h)(8)(A) that the forty-one (41) day period of time commencing on February 9, 2005, the date of the initial status conference, through March 22, 2005, the date of a scheduled interim status conference, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reason therefore, the parties represent that this additional time is necessary for the defendant to review the discovery that has been provided by the government and determine whether to file substantive motions. It is therefore in the interests of justice that the instant motion be allowed.

3/15/05  [signature], M.J.  Allowed

WHEREFORE, the parties request that the Court enter a written order of excludable delay covering the period of December 20, 2004 through February 9, 2005 and the period of February 9, 2005 through March 22, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   /s/ Ann Taylor
        Ann Taylor
        Assistant U.S. Attorney


                                        ROSS ELLIOTT
                                        Defendant

By: /s/ John Palmer
     John Palmer
     Counsel for Ross Elliott

DATE: February [March 4] [16], 2005