UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10378-GAO |
| ) | |
| ROSS ELLIOTT ) | |
| ) | |

## JOINT MEMORANDUM FOR FINAL STATUS REPORT

Pursuant to Rule 116.5 of the Local Rules of the United States District Court for the District of Massachusetts, the parties submit the following joint memorandum:

1. There are no outstanding discovery issues not yet presented or resolved by the Court;

2. At this time, neither party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests;

3. The Defendant does not intend to raise a defense of insanity or public authority;

4. The government has requested notice of alibi by the Defendant and the Defendant has indicated that he does not intend to offer an alibi defense;

5. In the event that the parties are unable to agree upon a resolution of this case by means of a plea agreement, the Defendant reserves the right to file a motion to suppress, motion to strike surplusage in the indictment, ex parte motions for authorization of funds;

6.	A schedule concerning the filing and hearing on motions in the event that the parties are unable to reach a plea agreement should be set;

7.	The parties have discussed the possibility of an early resolution of the case without trial, but no agreements have been reached.  Discussions are ongoing;

8.	The parties agree to the following periods of excludable delay under the Speedy Trial Act:  the time between the filing of this memorandum, May 4, 2005, through the date that the Court sets forth for the filing of the motions, up to and including the date that the Court sets for the government's response;

9.	The estimated length of trial will be one week.

                        Respectfully submitted,

                        ROSS ELLIOTT
                        Defendant

By:	/s/John F. Palmer
       John F. Palmer
       Counsel for Ross Elliott

       MICHAEL J. SULLIVAN
       United States Attorney

By:	/s/Ann Taylor
       Ann Taylor
       Assistant U.S. Attorney

Dated: May 4, 2005