UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROSS ELLIOTT )<br>) | CRIMINAL NO. 04-10378-GAO |

MOTION TO CONTINUE PRETRIAL CONFERENCE (ASSENTED TO)

Now comes Defendant and moves to continue his pretrial conference from July 14, 2005, at 2:00 p.m. until July 27, 2005 at 2:00 p.m.

As grounds for this motion, Defendant states that his counsel has a previous commitment to appear on a conference in a first degree murder case on July 14, 2005, at 2:00 p.m. before Judge Hinkle in the Suffolk Superior Court (Commonwealth v. Ivan Hodge).

The government will not be prejudiced by this brief continuance, and in fact, assents to this motion.

The Defendant agrees that the continuance period, i.e., July 14, 2005, to July 27, 2005, shall be excluded time under the Speedy Trial Act.

                                                                  DEFENDANT
                                                                   By his attorney

                                                                   /s/John F. Palmer
                                                                   John F. Palmer
                                                                   Law Office of John F. Palmer
                                                                   24 School Street, 8th Floor
                                                                   Boston, MA 02108
                                                                   (617)723-7010
                                                                   BBO# 387980

Assented To:
/s/Christopher Bator
Christopher Bator, AUSA                                        Dated: July 12, 2005