UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROSS ELLIOTT )<br>） | CRIMINAL NO. 04-10378-GAO |

MOTION TO CONTINUE

Now comes Defendant and moves this Honorable Court to continue the status conference in this case from January 19, 2006, to on or after February 8, 2006.

As grounds for this motion, counsel states that due to inadvertence, he only recently realized he had a court conflict on January 19, 2005, involving a previously assigned hearing in Lawrence, Massachusetts.

Defendant agrees that time resulting from this continuance be excluded under the Speedy Trial Act. The Government will not be prejudiced by this short continuance, and indeed, assents to it.

                              DEFENDANT
                              By his attorney

                              /s/John F. Palmer
                              John F. Palmer
                              Law Office of John F. Palmer
                              24 School Street, 8th Floor
                              Boston, Ma 02108
                              (617)723-7010
                              BBO# 387980

Assented To:

/s/Chris Bator
Chris Bator, AUSA


Dated: January 18, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2006.

                                                  /s/John F. Palmer
                                                  John F. Palmer