CERTIFICATE OF SERVICE

      I hereby certify that the document entitled "Motion To Change Conditions Of Release," filed through the ECF system on November 22, 2005, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 7, 2006.

                                              /s/John F. Palmer
                                              John F. Palmer