UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10378-GAO |
| ) | |
| ROSS ELLIOTT ) | |

OPPOSITION TO MOTION TO CHANGE CONDITIONS OF RELEASE

The United States opposes defendant Ross Elliott's motion to change his conditions of release on the grounds that having internet access available anywhere in the defendant's residence represents a substantial and unnecessary risk of further criminal activity and/or violation of his release conditions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Christopher F. Bator
Christopher F. Bator
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/Christopher F. Bator
Christopher F. Bator
Assistant U.S. Attorney

Date: July 19, 2006